NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

NATIONAL ORGANIZATION OF VETERANS'
ADVOCATES, INC.,
*Petitioner,*

v.

SECRETARY OF VETERANS AFFAIRS,
*Respondent.*

---

PARALYZED VETERANS OF AMERICA,
*Petitioner,*

v.

SECRETARY OF VETERANS AFFAIRS,
*Respondent.*

---

VETERANS OF MODERN WARFARE
and NATIONAL VETERANS LEGAL SERVICES
PROGRAM,
*Petitioners,*

v.

SECRETARY OF VETERANS AFFAIRS,
*Respondent.*

---

2010-7136, -7139, -7142

---

On petition for review pursuant to 38 U.S.C. Section 502.

---

## ON MOTION

---

## O R D E R

Dr. Howard Zonana moves for an unopposed 18-day extension of time, until January 18, 2011, to file his brief amicus curiae.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

JAN 1 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Douglas J. Rosinski, Esq.
Barton F. Stichman, Esq.
Michael P. Horan, Esq.
Scott D. Austin, Esq.
Michael J. Wishnie, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 1 2011

JAN HORBALY
CLERK